UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CR-063-TAV-HBG |
| | ) | |
| COREY B. PATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is the Notice of Conflict of Interest [Doc. 57], filed by the Federal Defender Services of Eastern Tennessee ("FDSET").

On March 26, 2019, a Standing Order (SO-19-04) was entered in this District regarding the recent Formerly Reenter Society Transformed Safely Transitioning Every Person Act (the First STEP Act"), Pub. L. 115-391, 132 Stat. 5194 (2018). The FDSET was appointed to represent a defendant if that defendant files a section 3582(c)(1)(A) motion directly with this Court pursuant to section 603(b) of the First Step Act. The Standing Order also reflects that FDSET is to "identify any conflicts of interest and notify the Court so that other counsel can be appointed." E.D. Tenn. SO-19-04.

The FDSET has informed the Court that the same conflict of interests exists that arose when Defendant previously sought relief under 28 U.S.C. § 2255, and thus the FDSET will not be able to represent Defendant in connection with his pending First Step Act filing. Accordingly, the FDSET is **RELIEVED** of any further representation of Defendant. **Attorney Rachel Wolf** is

hereby **SUBSTITUTED and APPOINTED** as counsel for Defendant for the limited purposes of fulfilling the requirements of Standing Order 19-04.

    **IT IS SO ORDERED**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge